AO.10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bright, Myron H | U.S.C.A.–8th Circuit | 5/6/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ircuit Judge Senior Status | ○ Nomination, Date <br> ○ Initial   ◉ Annual   ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers r Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 655 First Avenue N rth <br> Suite 340 <br> Fargo, ND 58102-4952 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable p sitions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Legal Education Fund, Inc. |
| 2.   Director | U.S. - Asia Law Institute |
| 3.   Trustee | Trust #1 and #2 |

## II. AGREEMENTS.. (Reporting individual only; see pp. 1 -16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 13 A 11: 01
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Matthew Bender & Co., Albany, NY (royalties) | 970.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - ( o reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cornell University Law School, Ithaca, NY | 4/17--Ithaca, NY--Moot Court Competition (transportation) |
| 2. | Minnesota State Bar Association, Minneapolis, MN | 4/23--Minneapolis, MN--CLE seminar (transportation, lodging and meals) |
| 3. | George Mason University School of Law, lington, Vi ginia | 10/7-10--San Diego, C --Seminar (transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Money Market #1 (TD Waterhouse) | | | | | | | | | Brokerage Acc't #2 (See VII.24) |
| 2. El Paso Corp. Common Stock | | | | | | | | | Brokerage Acc't #2 (See VII.25) |
| 3. GM Acceptance Corp. Smartnotes (formerly GM Bonds) | | | | | | | | | Brokerage Acc't #2 (See VII.26) |
| 4. Trust #1 | D | Int. & Div. | M | T | | | | | |
| 5. --TD Waterhouse Bank Money Market Account | | | | | | | | | See note in Part VIII |
| 6. --BR Common Stock | | | | | s lii | 06/07 | K | | |
| 7. --El Paso Corp. Common Stock | | | | | | | | | |
| 8. --Chevron Texaco Common Stock | | | | | split | 09/16 | J | | |
| 9. --Surmodics Common Stock | | | | | | | | | |
| 10. --Fargo ND Lease Revenue Bonds | | | | | | | | | See note in Part VIII |
| 11. --Bank of America Capital Trust II Common Stock | | | | | | | | | |
| 12. --GM Acceptance Corp. Smartnotes (formerly GM Bonds) | | | | | | | | | |
| 13. Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 14. IRA #1 | A | Interest | J | T | | | | | |
| 15. --TD Waterhouse Bank Money Market Account | | | | | | | | | See note in Part VIII |
| 16. --BR Common Stock | | | | | | | | | |
| 17. Total Control Account Money Market Option | A | Interest | J | T | | | | | See note in Part VIII |
| 18. Household Financial Corp. Internotes | | | | | | | | | Brokerage Acc't #2 (See VII.27) |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Brokerage Account #1 | | | | | | | | | |
| 20. --Federal National Mortgage Assocation Med. Term Note | A | Interest | J | T | | | | | See note in Part VIII |
| 21. --Microsoft Common Stock | A | Dividend | | | SOLD | 03/19 | J | | |
| 22. --Miami-Dade County, Fla. Aviation Municipal Bon s | A | Interest | J | T | BUY | 04/02 | J | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. --TD Waterhouse Bank Money Market Account | A | Interest | L | T | | | | | See note in Part VIII |
| 25. --El Paso Corp. Common Stock | A | Dividend | J | T | SOLD | 02/23 | J | | |
| 26. --GM Acceptance Corp. Smartnotes (formerly GM Bonds) | A | Interest | J | T | | | | | |
| 27. --Household Financial Corp. Internotes | A | Interest | J | T | | | | | See note in Part VIII |
| 28. --DYAX Corp. Common Stock | A | None | | | SOLD | 03/31 | J | B | |
| 29. --Endocardial Solutions Common Stock | A | Dividend | | | SOLD | 09/24 | K | E | |
| 30. --ASV, Inc. Common Stock | | None | K | T | | | | | |
| 31. --Delaware Group Tax Free USA Fund | A | Dividend | J | T | | | | | See note in Part VIII |
| 32. --Calamos Investment Trust Growth & Income Fund | A | Dividend | | | SOLD | 08/16 | K | | See note in Part VIII |
| 33. --Electro-Sensors Common Stock | A | Dividend | J | T | Part. Sale | 04/30 | J | B | |
| 34. --Crucell NV Common Stock | | None | K | T | | | | | |
| 35. --Spatialight, Inc. Common Stock | | None | | | BUY | 01/05 | J | | |
| 36. | | | | | SOLD | 04/05 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less     K = $15,001-$50,000     L = $60,001-$100,000     M = $100,001-$250,000
   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --Pain Therapeutics Common Stock | | None | J | T | BUY | 04/27 | J | | |
| 38. --Polymedica Corp. Common Stock | A | Dividend | J | T | BUY | 01/22 | J | | |
| 39. --Access Pharmaceuticals Common Stock | | None | | | BUY | 03/31 | J | | |
| 40. | | | | | SOLD | 11/03 | J | | |
| 41. --Discovery Laboratories Common Stock | | None | | | BUY | 03/31 | J | | |
| 42. | | | | | SOLD | 11/03 | J | | |
| 43. --Ligand Pharmaceuticals, Inc. Common Stock | | None | J | T | BUY | 02/18 | J | | |
| 44. --Chesapeake Energy Corp. Common Stock | A | Dividend | J | T | BUY | 11/03 | J | | |
| 45. --Toreador Resources Corp. Common Stock | | None | J | T | BUY | 11/03 | K | | |
| 46. --Protective Life Secured Trust Internotes | B | Interest | K | T | BUY | 08/11 | K | | |
| 47. Trust #2 | A | Interest | K | T | | | | | |
| 48. ---Edward Jones Account | | | | | | | | | See note in Part VIII |
| 49. --Grand Forks ND Refunding & Improvement Municipal Bonds | | | | | | | | | See note in Part VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/6/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII.5. Formerly Trust #1 (TD Waterhouse)
VII.10. Formerly Fargo ND Municipal Bonds
VII.15. Formerly Money Market (IRA) (TD Waterhouse)
VII.17. Formerly Money Market #3-MetLife
VII.20. Formerly Federal National Mortgage Bonds
VII.24. Formerly Money Market #1 (TD Waterhouse)
VII.27. Formerly Household Financial Corp. Bonds
VII.31. Formerly Delaware Tax-Free USA Fund
VII.32. Formerly Calamos Growth & Income Fund
VII.48. formerly Trust #2 (Edward Jones Investments)
VII.49. Formerly Grand Forks ND Improvement Bonds

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____      Date___ May 6, 2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544